LEO B. DUTHIE *vs.* A. F. COOK ET AL.

Aroostook County. Decided April 6, 1934. This case comes forward on exceptions to the ruling of a single Justice sustaining

demurrer to bill in equity. The allegations contained in the bill present no cause of action. The ruling below is manifestly correct. Exceptions overruled. *Joseph E. Hall*, for plaintiff. *Albert F. Cook*, for defendant.